Case 2:09-cv-00607-SVW-RNB   Document 59-1   Filed 07/06/10   Page 1 of 1

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
JUL 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROPROCESSOR ENHANCEMENT CORPORATION and MICHAEL H. BRANIGIN,<br><br>Plaintiffs,<br><br>v.<br><br>BUG LABS, INC.,<br><br>Defendant. | Case No. CV 09-0607 SVW (RNBx)<br><br>[~~proposed~~] **FINAL JUDGMENT**<br><br><br><br>The Honorable Stephen V. Wilson |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT plaintiffs Microprocessor Enhancement Corporation and Michael H. Branigin take nothing and that defendant Bug Labs, Inc. be awarded its costs of suit in the amount of $_____.

Dated: 7/13/2010          By: _____
                                                    Stephen V. Wilson
                                                    United States District Court Judge

FINAL JUDGMENT